**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:06CR 299 AWI |
| Plaintiff, ) | **STIPULATION AND ORDER CONTINUING HEARING ON MOTIONS IN LIMINE** |
| v. ) | |
| ANTHONY BLAINE HUNT, ) | |
| Defendant. ) | |

The Defendant, ANTHONY BLAINE HUNT, and the Government stipulate as follows:

1. To continue the date for hearing on Motions in Limine from Tuesday, September 4, 2007, to Monday, September 10, 2007;

2. The Government shall have one additional week from the current due date to file responses to Defense Motions in Limine.

Dated:    August 30, 2007      /s/
DALE A. BLICKENSTAFF
Attorney for Defendant, ANTHONY BLAINE HUNT

Dated:    August 30, 2007      /s/
STANLEY A. BOONE
Assistant U. S. Attorney


# **ORDER**

IT IS HEREBY ORDERED that the new date hearing on Motions in Limine for Defendant, ANTHONY BLAINE HUNT, only is September 10, 2007.  The new due date for the Government's Responses to Defense Motions in Limine is due one week from the current due date.

IT IS SO ORDERED.

Dated:   August 30, 2007              /s/ Anthony W. Ishii
                                      UNITED STATES DISTRICT JUDGE