1
2
3
4
5
6
**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **Case No. 1:06CR00299 AWI** |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER** |
| | ) | **CONTINUING HEARING ON** |
| v. | ) | **MOTIONS IN LIMINE** |
| | ) | |
| ANTHONY BLAINE HUNT, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

The Defendant, ANTHONY BLAINE HUNT, and the Government stipulate as follows:

1. To continue the date for hearing on Motions in Limine to Monday, September 17, 2007;

2. The Government shall have one additional week from the current due date to file responses to Defense Motions in Limine.


Dated:      September 6, 2007      /s/ _____
                                   DALE A. BLICKENSTAFF
                                   Attorney for Defendant, ANTHONY BLAINE HUNT


Dated:      September 6, 2007      /s/ _____
                                   STANLEY A. BOONE
                                   Assistant U. S. Attorney

**STIPULATION AND ORDER CONTINUING HEARING ON MOTIONS IN LIMINE - Case No. 1:06CR00299 AWI**

# **ORDER**

IT IS HEREBY ORDERED that the new hearing date on Motions in Limine for Defendant, ANTHONY BLAINE HUNT, only, is Monday, September 17, 2007, at 9:00 a.m. The Government's Responses to Defense Motions in Limine are due one week from the current due date.

IT IS SO ORDERED.

Dated:   September 6, 2007                    /s/ Anthony W. Ishii
                                              UNITED STATES DISTRICT JUDGE