# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



FILED
JAN 22 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

| | |
|---|---|
| United States of America ) | |
| vs. ) | Case No. |
| Anthony Blaine Hunt ) | 06-CR-00299 AWI |
| ) | |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, __Anthony Blaine Hunt__, have discussed with __Jacob Scott__, Supervising Pretrial Officer, modifications of my release conditions as follows:

To change the defendant's electronic monitoring from home detention to **CURFEW:** You are restricted to your residence everyday from 6p.m. to 7a.m., unless otherwise approved in advance of the Pretrial Services Officer, and abide by all the requirements of the electronic monitoring program. Also, add the following condition: Should you secure employment, you shall provide verification as directed by the Pretrial Services Officer.

All other previously imposed conditions of release, not in conflict, remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  1-18-2008          _____  1/18/08
Signature of Defendant   Date               Pretrial Services Officer  Date

I have reviewed the conditions and concur that this modification is appropriate.

_____                     1/22/08
Signature of Assistant United States Attorney   Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                     1/18/08
Signature of Defense Counsel                Date

### ORDER OF THE COURT

☑ The above modification of conditions of release is ordered, to be effective on __1/22/08__.
☐ The above modification of conditions of release is *not* ordered.

_____                     1/22/08
Signature of Judicial Officer               Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services