1  **DALE A. BLICKENSTAFF - #40681**
   Attorney at Law
2  2350 West Shaw Avenue, Suite 132
   Fresno, California 93711
3  (559) 432-0986 Telephone
   (559) 432-4871 Facsimile
4

5  Attorney for Defendant, ANTHONY BLAINE HUNT

6

7                                    **UNITED STATES DISTRICT COURT**
                                     **EASTERN DISTRICT OF CALIFORNIA**
8

9  | UNITED STATES OF AMERICA, | ) | **Case No. 1:06CR00299 AWI** |
   |---|---|---|
   |  | ) |  |
10 | Plaintiff, | ) | **STIPULATION AND ORDER** |
   |  | ) | **CONTINUING SENTENCING** |
11 | v. | ) |  |
   |  | ) |  |
12 | ANTHONY BLAINE HUNT, | ) |  |
   |  | ) |  |
13 | Defendant. | ) |  |
   |  | ) |  |
14 | _____ | ) |  |

15       IT IS HEREBY STIPULATED by and between the parties hereto, through their respective

16 counsel, that sentencing currently scheduled for Monday, February 11, 2008, at 9:00 a.m., be

17 continued to Monday, February 25, 2008, at 9:00 a.m.

18 Dated:     February 7, 2008    /s/_____
                                                   DALE A. BLICKENSTAFF
19                                                 Attorney for Defendant, ANTHONY BLAINE HUNT

20

21 Dated:     February 7, 2008    /s/_____
                                                   STANLEY A. BOONE
22                                                 Assistant U. S. Attorney

23

24

25

26

27

28

# **ORDER**

IT IS HEREBY ORDERED that the new date for sentencing regarding Defendant, ANTHONY BLAINE HUNT, only, is Monday, February 25, 2008, at 9:00 a.m.

IT IS SO ORDERED.

**Dated:   February 8, 2008**              /s/ Anthony W. Ishii
                                    UNITED STATES DISTRICT JUDGE