# United States District Court
## EASTERN DISTRICT OF CALIFORNIA

**FILED**

FEB - 8 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

)
**United States of America**  )
vs.                          )   Case No.
**Anthony Blaine Hunt**       )   06-CR-00299 AWI
)

# CONSENT TO MODIFY CONDITIONS OF RELEASE

I, __Anthony Blaine Hunt__, have discussed with __Jacob Scott__, Supervising Pretrial Officer, modifications of my release conditions as follows:

To vacate the defendant's condition regarding electronic monitoring, including **CURFEW:** You are restricted to your residence everyday from 6p.m. to 7a.m., unless otherwise approved in advance of the Pretrial Services Officer, and abide by all the requirements of the electronic monitoring program.

All other previously imposed conditions of release, not in conflict, remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  2-8-08         _____  02/08/08
Signature of Defendant      Date           Pretrial Services Officer  Date

I have reviewed the conditions and concur that this modification is appropriate.

_____ for SAB          2-8-08
Signature of Assistant United States Attorney   Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                   2/8/08
Signature of Defense Counsel                Date

## ORDER OF THE COURT

[X] The above modification of conditions of release is ordered, to be effective on __Feb. 8, 2008__.
[ ] The above modification of conditions of release is *not* ordered.

_____                   2/8/08
Signature of Judicial Officer  SM SNYDER    Date

cc:  U.S. Attorney's Office, Defense Counsel, Pretrial Services

